Dismissed and Memorandum Opinion filed February 26, 2009








Dismissed
and Memorandum Opinion filed February 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00892-CV

____________

 

CHARTER AUTO LEASING AND RENTAL, INC. d/b/a CHARTER
AUTO LEASING and SHYH-KUEN ROGER WU, Appellants

 

V.

 

JOHN REGER, Appellee

 



 

On Appeal from the
270th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-71612

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 8, 2008.  On December 4, 2008, this
court ordered the parties to mediate this case.  On January 5, 2009, the Court
was advised that the case had settled, and the appeal was abated pending
completion of the settlement terms.  On February 13, 2009, appellants filed an
unopposed  motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The appeal is reinstated and the
motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.